IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.,<br><br>  *Plaintiff*,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs,<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>  *Defendants*. | Civil Action No.  23-1611 |

## **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1(c), and upon the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Preliminary Injunction and supporting materials submitted in support thereof, Plaintiff Norwich Pharmaceuticals, Inc. ("Norwich") hereby moves for the entry of a preliminary injunction (i) finding that the June 2, 2023 decision by the United States Food and Drug Administration to grant tentative approval rather than final approval to Norwich's ANDA No. 214369 for rifaximin tablets, 550 mg ("Norwich's Amended ANDA") is arbitrary, capricious, and contrary to law, and (ii) requiring Defendants Xavier Becerra and Robert M. Califf, M.D., in their official capacities as Secretary of Health and Human Services and Commissioner of Food and

Drugs, respectively, and the United States Food and Drug Administration, and Defendants' agents, servants, attorneys and employees (collectively, "FDA") to immediately grant final approval to Norwich's Amended ANDA.

The grounds for this motion are fully set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Preliminary Injunction and supporting materials submitted in support thereof.  A proposed order is attached.  Oral argument is requested.

Pursuant to Local Rule of Civil Procedure 65.1(d), Norwich requests that an expedited hearing on the Motion for Preliminary Injunction be held at the Court's earliest convenience. FDA has acted in an arbitrary, capricious, and unlawful manner to wrongfully deny final approval to Norwich's Amended ANDA.  Norwich is the only ANDA filer for rifaximin tablets, 550 mg for the treatment of IBS-D that can enter the market before 2028 and offer a lower-cost generic alternative to IBS-D patients upon reversal of FDA's wrongful decision.  Every day that FDA improperly delays the final approval of Norwich's Amended ANDA stands to cause Norwich serious and irrecoverable economic losses in the form of lost sales for which there is no adequate remedy at law.  Moreover, FDA's failure to grant final approval of Norwich's Amended ANDA threatens Norwich's first-mover advantage into this generic market.  This includes the opportunity to establish unique and lasting customer relationships, to enhance its reputation, and to gain significant and enduring market share and revenues.  These losses are neither easily measurable nor compensable through money damages.  Without swift Court action, Norwich will be denied this advantage and irreparably harmed.

Dated: June 5, 2023                                    Respectfully submitted,

/s/*Chad A. Landmon*
Chad A. Landmon (DC Bar No. 990347)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
clandmon@axinn.com

*Attorneys for Plaintiff Norwich Pharmaceuticals, Inc.*

OF COUNSEL:
Mattew S. Murphy (*pro hac vice* forthcoming)
Aaron Z. Savit (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
mmurphy@axinn.com
asavit@axinn.com

Ross E. Blau (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
114 W. 47th Street
New York, NY 10036
T: (212) 728-2200
rblau@axinn.com

Gabriella McIntyre (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
gmcintyre@axinn.com

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 5, 2023, a copy of the foregoing **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** was caused to be served upon the following individuals by electronic mail:

Samuel R. Bagenstos, General Counsel
United States Department of Health and Human Services
200 Independence Ave., S.W., Room 713-F
Washington, D.C. 20201
Phone: (202) 690-7741
Fax: (202) 690-7998
Samuel.Bagenstos@hhs.gov

Mark Raza, Chief Counsel
United States Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993
Phone: 301-796-8713
Mark.Raza@fda.hhs.gov

/s/*Chad A. Landmon*
Chad A. Landmon (DC Bar No. 990347)
*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*