IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs,<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 23-1611 |

## DECLARATION OF CHAD LANDMON IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Chad Landmon, declare as follows:

1. I am a partner of the law firm of Axinn, Veltrop & Harkrider LLP, attorneys for Plaintiff Norwich Pharmaceuticals, Inc. ("Norwich"), in the above-captioned matter.

2. I am admitted to the U.S. District Court for the District of Columbia.

3. I submit this Declaration in Support of Norwich's Motion for a Preliminary Injunction.

4. I have personal knowledge of the facts set forth in this Declaration or believe such facts to be true based upon information provided by knowledgeable persons.

5. Attached hereto as Exhibit 1 is a true and accurate copy of the Joint Statement of Uncontested Facts, Exhibit 1 to ECF No. 158 in *Salix Pharms., Ltd., Salix Pharms., Inc., Bausch Health*

*Ireland Ltd., and Alfasigma S.p.A. v. Norwich Pharms. Inc.*, No. 1:20-cv-00430-RGA (D. Del. Mar. 26, 2020) (hereinafter "*Salix v. Norwich*").

6. Attached hereto as Exhibit 2 is a true and accurate copy of the Trial Opinion, ECF No. 191 in *Salix v. Norwich*.

7. Attached hereto as Exhibit 3 is a true and accurate copy of the Final Judgment, ECF No. 193 in *Salix v. Norwich*.

8. Attached hereto as Exhibit 4 is a true and accurate copy of the Memorandum, ECF No. 192 in *Salix v. Norwich*.

9. Attached hereto as Exhibit 5 is a true and accurate copy of Form FDA 3542 submitted by Salix Pharmaceuticals, Inc. regarding U.S. Patent No. 10,335,397.

10. Attached hereto as Exhibit 6 is a true and accurate copy of Defendant Norwich Pharmaceuticals, Inc.'s Motion to Modify Judgment Pursuant to Rule 60(b), ECF No. 205 in *Salix v. Norwich*.

11. Attached hereto as Exhibit 7 is a true and accurate copy of the Memorandum Order, ECF No. 222 in *Salix v. Norwich*.

12. Attached hereto as Exhibit 8 is a true and accurate copy of Defendant's Notice of Appeal, ECF No. 223 in *Salix v. Norwich*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 5th day of June, 2023.

Chad A. Landmon (DC Bar No. 990347)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
clandmon@axinn.com

*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*