# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, LTD.; SALIX PHARMACEUTICALS, INC.; BAUSCH HEALTH IRELAND LTD.; ALFASIGMA S.P.A., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-430 (RGA) |
| NORWICH PHARMACEUTICALS, INC., | ) ) | **REDACTED - PUBLIC VERSION** |
| Defendant. | ) ) | |

**[PROPOSED] JOINT PRETRIAL ORDER**
**VOLUME 2 OF 2 – EXHIBITS 1-3, 6 AND 13**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs
Salix Pharmaceuticals, Ltd.,
Salix Pharmaceuticals, Inc.,
Bausch Health Ireland Ltd., and
Alfasigma S.P.A.*

SHAW KELLER LLP
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
1105 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Norwich
Pharmaceuticals, Inc.*

**Original Filing Date: February 28, 2022**
**Redacted Filing Date: March 15, 2022**

E<span>XHIBIT</span> 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, LTD.; SALIX PHARMACEUTICALS, INC.; BAUSCH HEALTH IRELAND LTD.; ALFASIGMA S.P.A., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-430 (RGA) |
| NORWICH PHARMACEUTICALS, INC., | ) ) | **CONFIDENTIAL** |
| Defendant. | ) | |

**EXHIBIT 1: JOINT STATEMENT OF UNCONTESTED FACTS**

TABLE OF CONTENTS

I.    INTRODUCTION ............................................................................................. 1

II.   BACKGROUND FACTS .................................................................................. 1

      A.    The Parties and Nature of the Case ..................................................... 1

      B.    Xifaxan® (Rifaximin) Tablets .............................................................. 2

      C.    Norwich's ANDA Product .................................................................... 3

III.  THE ASSERTED PATENTS ............................................................................ 5

      A.    The IBS-D Patents ............................................................................... 7

      B.    The HE Patents .................................................................................... 9

      C.    The Polymorph Patents ...................................................................... 13

IV.   FACTS PERTAINING TO INFRINGEMENT ANALYSIS ......................... 16

V.    FACTS PERTAINING TO VALIDITY ANALYSIS .................................... 18

## I.    INTRODUCTION

1.    Pursuant to Local Rule 16.3(c)(3) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiffs Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc. (collectively, "Salix"), Bausch Health Ireland Ltd. ("Bausch"), and Alfasigma S.p.A. ("Alfasigma") (collectively, "Plaintiffs") and Defendant Norwich Pharmaceuticals, Inc. ("Norwich") submit the following statement of facts which are admitted, require no proof at trial, and shall be deemed part of the evidentiary record of the trial.

## II.    BACKGROUND FACTS

### A.    The Parties and Nature of the Case

2.    This is a civil action for patent infringement, arising under the patent laws of the United States, Title 35, Section 101, et seq., as well as the Hatch-Waxman Act, 21 U.S.C. § 355. The action arises out of Norwich's filing of an Abbreviated New Drug Application ("ANDA") with the Food and Drug Administration ("FDA") seeking to market 550 mg rifaximin tablets prior to the expiration of United States Patent Nos. 7,045,620 (the "'620 Patent"); 7,612,199 (the "'199 Patent"); 7,902,206 (the "'206 Patent"); 7,906,542 (the "'542 Patent"); 7,915,275 (the "'275 Patent"); 8,158,644 (the "'644 Patent"); 8,158,781 (the "'781 Patent"); 8,193,196 (the "'196 Patent"); 8,309,569 (the "'569 Patent"); 8,518,949 (the "'949 Patent"); 8,642,573 (the "'573 Patent"); 8,741,904 (the "'904 Patent"); 8,829,017 (the "'017 Patent"); 8,835,452 (the "'452 Patent"); 8,853,231 (the "'231 Patent"); 8,946,252 (the "'252 Patent"); 8,969,398 (the "'398 Patent"); 9,271,968 (the "'968 Patent"); 9,421,195 (the "'195 Patent"); 9,629,828 (the "'9,828 Patent"); 10,314,828 (the "'4,828 Patent"); 10,335,397 (the "'397 Patent"); 10,456,384 (the "'384 Patent"); 10,703,763 (the "'763 Patent"); 10,709,694 (the "'694 Patent"); and 10,765,667 (the "'667 Patent") (collectively, the "Xifaxan® Patents").

3.      Plaintiff Salix Pharmaceuticals, Ltd. is a corporation organized and existing under the laws of Delaware having its principal place of business at 400 Somerset Corporate Blvd., Bridgewater, New Jersey 08807.

4.      Plaintiff Salix Pharmaceuticals, Inc. is a corporation organized and existing under the laws of California having its principal place of business at 400 Somerset Blvd., Bridgewater, New Jersey 08807.

5.      Plaintiff Bausch is a company organized and existing under the laws of Ireland having an office at 3013 Lake Drive, Citywest Business Campus, Dublin 24, Ireland.

6.      Plaintiff Alfasigma is a corporation organized and existing under the laws of Italy having a principal place of business at Via Ragazzi del '99, 5 Bologna, Italy.

7.      Defendant Norwich is a corporation organized and existing under the laws of Delaware having its corporate offices and principal place of business at 6826 Highway 12, Norwich, New York 13815.

**B.      Xifaxan® (Rifaximin) Tablets**

8.      Salix Pharmaceuticals, Inc. is the holder of approved New Drug Application ("NDA") Nos. 021361 and 022554 (a supplement to NDA No. 021361 that was granted a new NDA number) for Xifaxan® (rifaximin) tablets.

9.      On May 25, 2004, the FDA approved Xifaxan® (rifaximin) 200 mg tablets to treat travelers' diarrhea ("TD") caused by noninvasive strains of *Escherichia coli* in adults and pediatric patients 12 years of age and older.  For travelers' diarrhea, the recommended dose is one 200 mg tablet taken orally three times a day for 3 days.

10.      On March 24, 2010, the FDA approved Xifaxan® (rifaximin) 550 mg tablets to reduce the risk of overt hepatic encephalopathy ("HE") recurrence in adults.  For HE, the recommended dose is one 550 mg tablet taken orally two times a day.

11.     On May 27, 2015, the FDA approved Xifaxan® (rifaximin) 550 mg tablets to treat irritable bowel syndrome with diarrhea ("IBS-D") in adults.  For IBS-D, the recommended dose is one 550 mg tablet taken orally three times a day for 14 days; patients who experience a recurrence of symptoms can be retreated up to two times with the same dosage regimen.

12.     Salix Pharmaceuticals, Inc. is the sole distributor of rifaximin 550 mg tablets in the United States under the tradename Xifaxan®.

13.     Salix listed the Xifaxan® Patents in the FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* ("Orange Book") for Xifaxan® (rifaximin) 550 mg tablets.

14.     Bausch is the exclusive licensee in the United States to the Xifaxan® Patents and has the right to sue for infringement of the Xifaxan® Patents in the United States.

15.     Plaintiffs have standing to bring this action and to pursue the claims for relief asserted in this action.

**C.      Norwich's ANDA Product**

16.     On December 20, 2019, under 21 U.S.C. § 355(j), Norwich filed ANDA No. 214369 (the "Norwich ANDA") with the FDA seeking approval to engage in the commercial manufacture, use and sale in the United States of 550 mg rifaximin tablets ("Norwich's ANDA Product").  Norwich seeks final approval for the indications of (i) reduction in risk of overt HE recurrence in adults and (ii) treatment of IBS-D in adults.

17.     In a letter dated February 14, 2020 ("Notice Letter"), Alvogen PB Research and Development LLC ("Alvogen"), the regulatory agent for Norwich, notified Plaintiffs that Norwich had submitted the Norwich ANDA seeking approval to commercially manufacture, use, and/or sell in the United States Norwich's ANDA Product, and advising Plaintiffs that the ANDA included certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV Certification") for the '620, '199, '206, '542, '275, '644, '781, '196, '569, '949, '573, '904, '017,

3

'452, '231, '252, '398, '968, '195, '9,828, '4,828, '397, and '384 Patents, along with an enclosed statement of Norwich's asserted factual and legal bases for stating that each of those patents are unenforceable, invalid, and/or will not be infringed by Norwich's ANDA Product. Plaintiffs sued Alvogen and Norwich for infringement of the '620, '199, '206, '542, '275, '644, '781, '196, '569, '949, '573, '904, '017, '452, '231, '252, '398, '968, '195, '9,828, '4,828, '397, and '384 Patents on March 26, 2020, within the 45-day period following receipt of the Notice Letter under 21 U.S.C. § 355(j)(5)(B)(iii).

18.    In a July 8, 2020 Stipulation and Order ("Alvogen Dismissal Order"), the Court dismissed without prejudice all claims against Alvogen. (D.I. 32). Alvogen agrees to be bound by any judgment, order, injunction, or decision rendered as to Norwich in the action (including appeals). (*Id.*).

19.    In a letter dated October 6, 2020 ("Second Notice Letter"), Alvogen notified Plaintiffs that Norwich had amended the Norwich ANDA to include a Paragraph IV certification for the '763 and '694 Patents, along with an enclosed statement of Norwich's asserted factual and legal bases for stating that the '763 and '694 Patents are unenforceable, invalid, and/or will not be infringed by Norwich's ANDA Product. Plaintiffs sued Norwich for infringing claims of the '763 and '694 Patents on November 13, 2020, within the 45-day period following receipt of the Second Notice Letter under 21 U.S.C. § 355(j)(5)(B)(iii).

20.    In letter dated November 16, 2020 ("Third Notice Letter"), Alvogen notified Plaintiffs that Norwich had amended the Norwich ANDA to include a Paragraph IV certification for the '667 Patent, along with an enclosed statement of Norwich's asserted factual and legal bases for stating that the '667 Patent is unenforceable, invalid, and/or will not be infringed by Norwich's ANDA Product. Plaintiffs sued Norwich for infringing claims of the '667 Patent on November 13,

2020, within the 45-day period following receipt of the Third Notice Letter under 21 U.S.C. § 355(j)(5)(B)(iii).

21.     On December 21, 2020, Norwich amended the Norwich ANDA in response to a Complete Response Letter dated October 16, 2020.

## III.     THE ASSERTED PATENTS

22.     Pursuant to paragraph 3(g)(iv) of the Court's Scheduling Order (D.I. 23), Plaintiffs currently assert the following claims from the asserted patents ("the Asserted Claims"):

| Patent Family | U.S. Patent No. | Asserted Claims |
|---|---|---|
| *Irritable Bowel Syndrome with Diarrhea (IBS-D) Patents* | 8,309,569 (the '569 Patent) | 2 |
| | 10,765,667 (the '667 Patent) | 3 |
| *Hepatic Encephalopathy (HE) Patents* | 8,642,573 (the '573 Patent) | 8 |
| | 9,421,195 (the '195 Patent) | 6 |
| | 10,335,397 (the '397 Patent) | 11, 12 |
| *Polymorph Patents* | 7,045,620 (the '620 Patent) | 3 |
| | 7,612,199 (the '199 Patent) | 4 |
| | 7,902,206 (the '206 Patent) | 36 |

23.     There are three families of Asserted Patents: (1) the Irritable Bowel Syndrome with Diarrhea ("IBS-D") Patents (the '569 and '667 Patents); (2) the Hepatic Encephalopathy ("HE") Patents (the '573, '195, and '397 Patents); and (3) the Polymorph Patents (the '620, '199, and '206 Patents).

24.     Pursuant to paragraph 3(g)(iv) of the Court's Scheduling Order (D.I. 23), Norwich's final prior art based invalidity positions are:

| Patent Family | U.S. Patent No. | Asserted Claim | Prior Art Based Invalidity Positions |
|---|---|---|---|
| **IBS-D Patents** | '569 Patent | 2 | Obvious over Pimentel 2006 in view of the RFIB2001 Study Protocol<br><br>Obvious over Cuoco in view of the RFIB2001 Study Protocol |
| | '667 Patent | 3 | Obvious over Pimentel 2006 in view of the RFIB2001 Study Protocol<br><br>Obvious over Barrett in view of the RFIB2001 Study Protocol |
| **HE Patents** | '573 Patent | 8 | Obvious over the Bausch HE Study in view of the Salix Presentation<br><br>Obvious over the Leevy 2007 in view of Common Knowledge |
| | '195 Patent | 6 | Obvious over the Bausch HE Study in view of the Salix Presentation<br><br>Obvious over the Leevy 2007 in view of Common Knowledge |
| | '397 Patent | 11 | Obvious over the Bausch HE Study in view of the Salix Presentation<br><br>Obvious over the Leevy 2007 in view of Common Knowledge |
| | | 12 | Obvious over the Bausch HE Study in view of the Salix Presentation<br><br>Obvious over the Leevy 2007 in view of Common Knowledge |
| **Polymorph Patents** | '620 Patent | 3 | Anticipated by Cannata<br><br>Obvious over Cannata in view of Common Knowledge |
| | '199 Patent | 4 | Anticipated by Cannata<br><br>Obvious over Cannata in view of Common Knowledge |

| Patent Family | U.S. Patent No. | Asserted Claim | Prior Art Based Invalidity Positions |
|---|---|---|---|
| | '206 Patent | 36 | Obvious over Cannata in view of the Normix Label and Common Knowledge<br><br>Obvious over Marchi in view of Cannata and Common Knowledge |

### A. The IBS-D Patents

#### 1. The '569 Patent

25.     The '569 Patent is titled "Methods for Treating Diarrhea-Associated Irritable Bowel Syndrome."

26.     The '569 Patent issued on November 13, 2012 from U.S. Patent Application No. 12/393,979 filed on February 26, 2009.

27.     The '569 Patent claims the priority of U.S. Provisional Patent Application No. 61/031,679 filed on February 26, 2008 and U.S. Provisional Patent Application 61/102,801 filed on October 2, 2008.

28.     The '569 Patent lists William Forbes and Lorin Johnson as named inventors.

29.     Salix Pharmaceuticals, Inc. is the record owner of the '569 Patent.

30.     The Orange Book lists the expiration of the '569 Patent as July 18, 2029.

31.     Asserted claim 2 of the '569 Patent depends from claim 1.

32.     Claim 1 of the '569 Patent recites:

> **1.** A method of providing acute treatment for diarrhea-associated Irritable Bowel Syndrome (dIBS) comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, wherein the durability of response comprises about 12 weeks of adequate relief of symptoms.

7

33.     Asserted claim 2 of the '569 Patent recites:

> **2.** The method of claim **1**, wherein the 1650 mg is administered as 550 mg three times per day.

### 2.     The '667 Patent

34.     The '667 Patent is titled "Methods for Treating Irritable Bowel Syndrome (IBS)."

35.     The '667 Patent issued on September 8, 2020 from U.S. Patent Application No. 16/738,392 filed on January 9, 2020.

36.     The '667 Patent claims earliest priority to U.S. Provisional Patent Application No. 61/031,679 filed on February 26, 2008.

37.     The '667 Patent also claims priority to related U.S. applications and is a continuation of application No. 16/575,769, filed on September 19, 2019; which is a continuation of application. No. 15/902,179, filed on February 22, 2018, now U.S. Patent No. 10,456,384, which is a continuation of application No. 15/398,283, filed on January 4, 2017, now U.S. Patent No. 9,931,325, which is a continuation of application No. 13/755,578, filed on January 31 2013, now U.S. Patent No. 9,566,270, which is a continuation of application No. 12/880,739 filed September 13 2010, now abandoned, which is continuation-in-part of the '979 application, filed on February 26, 2009, now the '569 patent.

38.     The '667 Patent lists William Forbes and Enoch Bortey as the inventors.

39.     Salix Pharmaceuticals, Inc. is the record owner of the '667 Patent.

40.     The Orange Book lists the expiration of the '667 Patent as February 26, 2029.

41.     Asserted claim 3 of the '667 Patent depends from claim 1.

42.     Claim 1 of the '667 Patent recites:

> **1.** A method of treating one or more symptoms of irritable bowel syndrome (IBS) in a subject 65 years of age or older, said method comprising administering, 550 mg of rifaximin TID for 14 days to

the subject, thereby treating one or more symptoms of IBS in the subject 65 years of age or older.

43.     Asserted claim 3 of the '667 Patent recites:

**3.** The method of claim **1**, wherein the IBS is diarrhea-predominant IBS.

**B.     The HE Patents**

**1.      The '573 Patent**

44.     The '573 Patent is titled "Methods of Treating Hepatic Encephalopathy."

45.     The '573 Patent issued on February 4, 2014 from U.S. Patent Application No. 13/737,535 filed on January 9, 2013.

46.     The '573 Patent claims earliest priority to U.S. Provisional Patent Application No. 61/102,349 filed on October 2, 2008.

47.     The '573 Patent also claims priority to related U.S. applications and is a continuation of U.S. Application No. 12/964,847, filed on December 10, 2010, which is a continuation of U.S. Application No. 12/792,658, filed on June 2, 2010, and a continuation-in-part of U.S. Application No. 12/572,344, filed on October 2, 2009.

48.     The '573 Patent lists William Forbes, Kunal Merchant, Enoch Bortey, and Audrey Shaw as the inventors.

49.     Salix Pharmaceuticals, Inc. is the record owner of the '573 Patent.

50.     The Orange Book lists the expiration of the '573 Patent as October 2, 2029.

51.     Asserted claim 8 of the '573 Patent depends from claim 7, which depends from claim 6, which depends from claim 1.

52.     Claim 1 of the '573 Patent recites:

**1.**  A method of maintaining remission of hepatic encephalopathy (HE) in a subject in need thereof comprising administering between

about 1000 mg to about 1200 mg rifaximin daily to the subject for a period of 12 months or longer, thereby maintaining remission of HE.

53. Claim 6 of the '573 Patent recites:

**6.** The method of claim **1**, wherein the subject is administered about 1100 mg of rifaximin per day.

54. Claim 7 of the '573 Patent recites:

**7.** The method of claim **6**, wherein 550 mg of rifaximin is administered to the subject two times per day (BID).

55. Asserted claim 8 of the '573 Patent recites:

**8.** The method of claim **7**, wherein remission is defined as a Conn score of 0 or 1.

## 2. The '195 Patent

56. The '195 Patent is titled "Methods of Treating Hepatic Encephalopathy."

57. The '195 Patent issued on August 23, 2016 from U.S. Patent Application No. 13/914,074 filed on June 10, 2013.

58. The '195 Patent claims earliest priority to U.S. Provisional Patent Application No. 61/102,349 filed on October 2, 2008.

59. The '195 Patent also claims priority to related U.S. applications and is a continuation of U.S. Application No. 12/964,847, filed on December 10, 2010, which was a continuation of U.S. Application No. 12/792,658, filed on June 2, 2010, and a continuation-in-part of U.S Application No. 12/572,344, filed on October 2, 2009.

60. The '195 Patent lists William Forbes, Kunal Merchant, Enoch Bortey, and Audrey Shaw as the inventors.

61. Salix Pharmaceuticals, Inc. is the record owner of the '195 Patent.

62. The Orange Book lists the expiration of the '195 Patent as July 24, 2029.

63.    Asserted claim 6 of the '195 Patent depends from claim 5, which depends from claim 1.

64.    Claim 1 of the '195 Patent recites:

**1.** A method of reducing the risk of hepatic encephalopathy (HE) recurrence in an adult subject in need thereof comprising: orally administering between about 1000 mg to about 1200 mg of rifaximin daily to the adult subject for a period of 12 months or longer, thereby reducing the risk of hepatic encephalopathy (HE) recurrence.

65.    Claim 5 of the '195 Patent recites:

**5.** The method of claim **1** comprising orally administering about 1100 mg of rifaximin per day to the adult subject.

66.    Asserted claim 6 of the '195 Patent recites:

**6.** The method of claim **5** comprising orally administering about 550 mg of rifaximin twice daily to the adult subject.

**3.    The '397 Patent**

67.    The '397 Patent is titled "Methods of Treating Hepatic Encephalopathy."

68.    The '397 Patent issued on July 2, 2019 from U.S. Patent Application No. 15/922,010 filed on March 15, 2018.

69.    The '397 Patent claims earliest priority to U.S. Provisional Patent Application No. 61/102,349 filed on October 2, 2008.

70.    The '397 Patent also claims priority to related U.S. applications and is a continuation of U.S. Application No. 15/460,704, filed on March 16, 2017, which is a continuation of U.S. Application No. 14/612,697, filed on February 3, 2015, which is a continuation of U.S. Application No. 13/768,617, filed on February 15, 2013, which is a continuation of U.S. Application No. 13/077,373, filed on March 31, 2011, which is a continuation of U.S. Application No. PCT/US2009/059321, filed on October 2, 2009.

71.    The '397 Patent lists William Forbes as the inventor.

72. Salix Pharmaceuticals, Inc. is the record owner of the '397 Patent.

73. The Orange Book lists the expiration of the '397 Patent as July 24, 2029.

74. Asserted claim 11 of the '397 Patent depends from claim 10, which depends from claim 9, which depends from claim 1.

75. Asserted claim 12 of the '397 Patent depends from claim 1.

76. Claim 1 of the '397 Patent recites:

> 1. A method of reducing a subject's risk of experiencing a breakthrough overt hepatic encephalopathy (HE) episode, comprising administering to the subject between about 1000 mg to about 1200 mg of rifaximin daily for a period of about 12 months or longer, wherein the subject has a Conn score of 0 or 1.

77. Claim 9 of the '397 Patent recites:

> 9. The method of claim 1, wherein the rifaximin is administered orally.

78. Claim 10 of the '397 Patent recites:

> 10. The method of claim 9, wherein 1100 mg of rifaximin is administered per day.

79. Asserted claim 11 of the '397 Patent recites:

> 11. The method of claims 10, wherein 550 mg of rifaximin is administered twice daily.

80. Asserted claim 12 of the '397 Patent recites:

> 12. The method of claim 1, further comprising administering lactulose.

### 4. Construction of Claim Terms in the HE Patents

81. The Court construed the following claim terms appearing in the HE Patents (D.I. 90):

| Term<br>Patent, Claims | Court's Construction |
|---|---|
| **"hepatic encephalopathy (HE)"**<br>'573 Patent, claim 8<br>'195 Patent, claim 6<br>'397 Patent, claims 11 and 12 | "a serious, rare, complex, episodic, neuropsychiatric syndrome associated with advanced liver disease" |
| **"breakthrough overt HE" / "breakthrough overt HE episode"**<br>'397 Patent, claims 11 and 12 | "an increase of a Conn Score to Grade $\geq 2$ (e.g., 0 or 1 to $\geq 2$) or a Conn and Asterixis score increase of one grade each of those subjects having a baseline Conn Score of 0" |
| **"remission of HE" / "remission from HE"**<br>'573 Patent, claim 8 | "no overt HE episode in a subject with a history of overt HE" |

C.    **The Polymorph Patents**

1.    **The '620 Patent**

82.    The '620 Patent is titled "Polymorphous Forms of Rifaximin, Processes for Their Production and Use Thereof in Medicinal Preparations."

83.    The '620 Patent issued on May 16, 2006 from U.S. Patent Application No. 10/728,090 filed on December 5, 2003.

84.    The '620 Patent claims earliest priority to Italian Patent Application No. MI2003A002144 filed on November 7, 2003.

85.    The '620 Patent lists Giuseppe C. Viscomi, Manuela Campana, Dario Braga, Donatella Confortini, Vincenzo Cannata, Denis Severini, Paolo Righi, and Goffredo Rosini as the inventors.

86.    Alfasigma is the record owner of the '620 Patent.

87.    The Orange Book lists the expiration of the '620 Patent as June 19, 2024.

88.    Asserted claim 3 of the '620 Patent recites:

A purified rifaximin β, a polymorph of the antibiotic rifaximin wherein said rifaximin β has a water content higher than 4.5% and

produces a powder X-ray diffractogram showing peaks at values of the diffraction angles 2θ of 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°, 14.4°; 17.1°; 17.9°; 18.3°; 20.9°.

### 2. The '199 Patent

89. The '199 Patent is titled "Polymorphic Forms α, β, and γ of Rifaximin."

90. The '199 Patent issued on November 3, 2009 from U.S. Patent Application No. 12/478,638 filed on June 4, 2009.

91. The '199 Patent claims earliest priority to Italian Patent Application No. MI2003A002144, filed on November 7, 2003.

92. The '199 Patent also claims priority to related U.S. applications and is a continuation of application No. 12/119,600, filed on May 13, 2008, which is a continuation-in-part of application No. 11/873,841, filed on October 17, 2007, which is a continuation-in-part of application No. 11/135,651, filed on May 24, 2005, now abandoned, which is a continuation-in-part of application No. PCT/EP2004/012490, filed on November 4, 2004.

93. The '199 Patent lists Giuseppe Claudio Viscomi, Manuela Campana, Dario Braga, Donatella Confortini, Vincenzo Cannata, Paolo Righi, Goffredo Rosini, and Denis Severini as the inventors.

94. Alfasigma is the record owner of the '199 Patent.

95. The Orange Book lists the expiration of the '199 Patent as June 19, 2024.

96. Asserted claim 4 of the '199 Patent recites:

**4.** Rifaximin in polymorphic form β, wherein the rifaximin has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2θ and wherein the rifaximin has a water content of greater than 5%.

### 3. The '206 Patent

97. The '206 Patent is titled "Polymorphic Forms α, β and γ of Rifaximin."

98.     The '206 Patent issued on March 8, 2011 from U.S. Patent Application No. 12/119,600 filed on May 13, 2008.

99.     The '206 Patent claims earliest priority to Italian Patent Application No. MI2003A002144 filed on November 7, 2003.

100.    The '206 Patent also claims priority to related U.S. applications and is a continuation-in-part of application No. 11/873,841, filed on October 17, 2007, which is a continuation-in-part of application No. 11/135,651, filed on May 24, 2005, now abandoned, which is a continuation-in-part of application No. PCT/EP2004/012490, filed on November 4, 2004.

101.    The '206 Patent lists Giuseppe Claudio Viscomi, Manuela Campana, Dario Braga, Donatella Confortini, Vincenzo Cannata, Paolo Righi, Goffredo Rosini, and Denis Severini as the inventors.

102.    Alfasigma is the record owner of the '206 Patent.

103.    The Orange Book lists the expiration of the '206 Patent as June 19, 2024.

104.    Asserted claim 36 of the '206 Patent depends from claim 34.

105.    Claim 34 of the '206 Patent recites:

> **34.** A solid pharmaceutical composition comprising rifaximin in polymorphic Form β and a pharmaceutically acceptable excipient or carrier, wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ.

106.    Asserted claim 36 of the '206 Patent recites:

> **36.** The pharmaceutical composition of claim **34**, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%.

### 4.     Construction of Claim Terms in the Polymorph Patents

107.    The Court construed the following claim terms appearing in the Asserted Claims of the Polymorph Patents (D.I. 90):

| Term<br>Patent, Claims | Court's Construction |
|---|---|
| **"purified"**<br>'620 Patent, claim 3 | "free of other polymorphic forms of rifaximin" |
| **"peaks at values of the diffraction angles 2θ"**<br>'620 Patent, claim 3 | "peaks at values of the diffraction angles 2θ (± 0.2 2θ)" |

## IV.  FACTS PERTAINING TO INFRINGEMENT ANALYSIS

108.    If the FDA approves Norwich's ANDA, Norwich's ANDA Product label will state that Norwich's ANDA Product is indicated for (i) reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults and (ii) treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults.

109.    A subject 65 years of age or older is an adult.

110.    Norwich was aware of the '620, '199, '206, '542, '275, '644, '781, '196, '569, '949, '573, '904, '017, '452, '231, '252, '398, '968, '195, '9,828, '4,828, '397, and '384 Patents as of, and prior to, the December 20, 2019 filing of its ANDA with the FDA.

111.    Norwich was aware of the '763 and '694 Patents as of, and prior to, the October 6, 2020 amendment to its ANDA.

112.    Norwich was aware of the '667 Patent as of, and prior to, the November 16, 2020 amendment to its ANDA.

113.    Norwich's ANDA Product is a solid pharmaceutical composition.

114.    Norwich's ANDA Product is a film-coated tablet.

116.    The active pharmaceutical ingredient in Norwich's ANDA Product is rifaximin.

117. Rifaximin is an antibiotic.

118. Norwich's ANDA Product will contain 550 mg of rifaximin subject to the specifications and tolerances set forth in Norwich's ANDA.



123. Norwich's ANDA Product comprises rifaximin β.

126. If the FDA approves Norwich's ANDA, there is no dispute that Norwich's ANDA Product will infringe claim 4 of the '199 patent.

127. If the FDA approves Norwich's ANDA, there is no dispute that Norwich's ANDA Product will infringe claim 36 of the '206 patent.

128. If the FDA approves Norwich's ANDA, there is no dispute that the rifaximin β specified for use in Norwich's ANDA Product will infringe claim 4 of the '199 patent.

## V.     FACTS PERTAINING TO VALIDITY ANALYSIS

129.    Norwich asserts that the currently Asserted Claims of the Asserted Patents are

invalid for the following reasons:

| Patent Family | U.S. Patent No. | Asserted Claim | Invalidity Defense |
|---|---|---|---|
| IBS-D Patents | '569 Patent | 2 | Obvious<br>Inadequate written description<br>Indefinite |
| | '667 Patent | 3 | Obvious |
| HE Patents | '573 Patent | 8 | Obvious<br>Inadequate written description |
| | '195 Patent | 6 | Obvious<br>Inadequate written description |
| | '397 Patent | 11 | Obvious<br>Inadequate written description |
| | | 12 | Obvious |
| Polymorph Patents | '620 Patent | 3 | Anticipated<br>Obvious<br>Inadequate written description<br>Not enabled |
| | '199 Patent | 4 | Anticipated<br>Obvious<br>Inadequate written description |
| | '206 Patent | 36 | Obvious<br>Inadequate written description |

130.    To qualify as prior art under pre-AIA 35 U.S.C. § 102(a) to the Asserted IBS-D

Patents, the art must be dated prior to February 26, 2008.

131.    To qualify as prior art under pre-AIA 35 U.S.C. § 102(b) to the Asserted IBS-D

Patents, the art must be dated prior to February 26, 2007.

132.    To qualify as prior art under pre-AIA 35 U.S.C. § 102(a) to the Asserted HE

Patents, the art must be dated prior to October 2, 2008.

133.    To qualify as prior art under pre-AIA 35 U.S.C. § 102(b) to the Asserted HE

Patents, the art must be dated prior to October 2, 2007.

134.    To qualify as prior art under pre-AIA 35 U.S.C. § 102(a) to the '620, '199, and '206

Patents, the art must be dated prior to November 7, 2003.

135.    To qualify as prior art under pre-AIA 35 U.S.C. § 102(b) to the '620, '199, and

'206 Patents, the art must be dated prior to December 5, 2002.

136.    There is no dispute that the references identified below were published or publicly

accessible prior to February 26, 2008:

| Reference | Trial Exhibit No. |
|---|---|
| Della Marchina, M., *Infectious Diarrhea in the Aged: Controlled Clinical Trial of Rifaximin, Chemioterapia*, 7:336-40 (1998) ("Della Marchina") | JTX 39 |
| Di Stefano, M. et al., *Rifaximin versus chlortetracycline in the short-term treatment of small intestinal bacterial overgrowth*, Alimentary Pharm. & Therapeutics, vol. 14, num. 5 551-56 (2000) ("Di Stefano") | JTX 40 |
| Xifaxan® Prescribing Information (2004) | JTX 70 |
| U.S. Patent No. 6,861,053 ("Lin '053") | JTX133 |
| U.S. Patent No. 7,718,608 ("Lin '608") | JTX132 |
| Pimentel, Mark et al., Rifaximin, a Non-Absorbable Antibiotic, Improves the Symptoms of Irritable Bowel Syndrome: A Double-Blind Randomized Controlled Study, Am. J. Gastroenterology, vol. 100, num. 9, suppl. S324 (2005) ("Pimentel 2005 Abstract") | JTX103 |
| Pimentel, Mark et al., The Effect of a Nonabsorbed Oral Antibiotic (Rifaximin) on the Symptoms of the Irritable Bowel Syndrome, Annals Internal Med., vol. 145, num. 8, 557-63 (2006) ("Pimentel 2006") | JTX53 |
| Study to Assess the Efficacy and Safety of Rifaximin Administered BID in the Treatment of Patients With Diarrhea-Associated Irritable Bowel Syndrome, NCT00269412 (Dec. 2005)("RFIB2001 Study Protocol") | DTX340 |
| Sharara, Ala I. et al., A Randomized Double-Blind Placebo-Controlled Trial of Rifaximin in Patients with Abdominal Bloating and Flatulence, Am. J. Gastroenterology, vol. 101, num. 2, 326-33 (2006) ("Sharara") | JTX61 |
| Cuoco, L. & Salvagnini, M., Small Intestine Bacterial Overgrowth in Irritable Bowel Syndrome: a Retrospective Study With Rifaximin, Minerva Gastroenterologica e Dietologica, vol. 52, num. 1, 89-95 (2006) ("Cuoco") | JTX38 |
| Barrett, G., Benefits of the Antibiotic Rifaximin as Empiric Therapy in Patients with Irritable Bowel Syndrome, Am. J. Gastroenterology, vol. 1, num. 9, suppl. (2006) ("Barrett") | JTX71 |

| Best of ACG 2006, Abstract 1224 Rifaximin Is Superior to Other Antibiotics in Treating and Retreating Bacterial Overgrowth in IBS, Supporting a Lack of Bacterial Resistance Development, J. Gastroenterology & Hepatology, vol. 3, num. 1 (2007) ("Best of ACG") | JTX72 |
|---|---|
| Yang, Janet, Rifaximin versus Other Antibiotics in the Primary Treatment and Retreatment of Bacterial Overgrowth in IBS, Dig. Dis. Sci. (2007) ("Yang") | DTX892 |
| Pimentel, Mark A., A New IBS Solution: Bacteria – The Missing Link in Treating Irritable Bowel Syndrome, Health Point Press (2006) ("Pimentel Book") | PTX752 |
| Lauritano, E.C. et al., Rifaximin dose-finding study for the treatment of small intestinal bacterial overgrowth, 22 Aliment Pharmacol. Ther. 31-35 (2005) ("Lauritano") | DTX384 |
| Scarpellini, E. et al., High dosage rifaximin for the treatment of small intestinal bacterial overgrowth, Alimentary Pharm. & Therapeutics, vol. 25, num. 7, 781–86 (Jan. 2007) ("Scarpellini") | JTX60 |
| International Publication No. WO 2006/102536 ("Lin 2006") | JTX69 |
| U.S. Patent Application Publication No. US2005/0272754 ("Viscomi") | JTX64 |

137.    There is no dispute that the references identified below were published or publicly accessible prior to October 2, 2008:

| Reference | Trial Exhibit No. |
|---|---|
| Leevy, Carroll B. & Phillips, James A., *Hospitalizations During the Use of Rifaximin Versus Lactulose for the Treatment of Hepatic Encephalopathy*, Dig. Dis. Sci., vol. 52, 737-41 (2007) ("Leevy 2007") | DTX389 |
| Parini, Paolo et al., *Effect of Rifaximin and Paromomycin in the Treatment of Portal-Systemic Encephalopathy*, Current Therapeutic Res., vol. 52, num. 1, 34-39 (1992) ("Parini") | JTX51 |
| Festi, D. et al., *Rifaximin in the Treatment of Chronic Hepatic Encephalopathy; Results of a Multicenter Study of Efficacy and Safety*, Current Therapeutic Res., vol. 54, num. 5, 598-609 (1993) ("Festi") | JTX42 |
| Ruberg, Stephen J., Ph.D., *Dose Response Studies I. Some Design Considerations*, Journal of Biopharmaceutical Statistics, vol. 5, 1-14 (1995) ("Ruberg") | JTX58 |
| Puxeddu, A. et al., *Rifaximin in the Treatment of Chronic Hepatic Encephalopathy*, Curr. Med. Res. & Op., vol. 13, num. 5, 274-81 (1995) ("Puxeddu") | JTX95 |
| Bustamante, Javier et al., *Prognostic Significance of Hepatic Encephalopathy in Patients with Cirrhosis*, J. Hepatology, vol. 30, num. 5, 890-95 (1999) ("Bustamante") | JTX35 |
| Williams, Roger et al., *Evaluation of the Efficacy and Safety of Rifaximin in the Treatment of Hepatic Encephalopathy: a Double-Blind, Randomized,* | JTX66 |

| Reference | Trial Exhibit No. |
|---|---|
| *Dose-Finding Multi-Centre Study*, Eur. J. Gastroenterology & Hepatology, vol. 12, num. 2, 203-08 (2000) ("Williams 2000") | |
| Kamath, Patrick S. et al., *A Model to Predict Survival in Patients With End-Stage Liver Disease*, J. Hepatology, vol. 33, num. 2, 464-70 (2001) ("Kamath") | DTX371 |
| Ferenci, Peter et al., *Hepatic Encephalopathy—Definition, Nomenclature, Diagnosis, and Quantification: Final Report of the Working Party at the 11th World Congresses of Gastroenterology, Vienna, 1998*, J. Hepatology, vol. 35, num. 3, 716-21 (2002) ("Ferenci") | PTX465 |
| Mas, A. et al., *Challenges of Designing Hepatic Encephalopathy Treatment Trials*, Hepatology Elsewhere, vol. 38, num. 2, 527-529 (2003) ("Mas") | DTX424 |
| Xifaxan® Prescribing Information (2004) | JTX 70 |
| Sama, Claudia et al., *Clinical Effects of Rifaximin in Patients with Hepatic Encephalopathy Intolerant or Nonresponsive to Previous Lactulose Treatment: An Open-Label, Pilot Study*, Current Therapeutic Res., vol. 65, num. 5, 413-22 (2004) ("Sama") | JTX59 |
| Leevy, Carroll B. & Phillips, James A., *A Crossover Retrospective Chart Review Evaluating Hospitalizations Associated with the Use of Rifaximin vs Lactulose in the Management of Patients with Hepatic Encephalopathy*, Abstract, Am. J. Gastroenterology, vol. 100, suppl. (2005) ("Leevy Abstract") | JTX47 |
| Gerard, Laura, Garey, Kevin W., & DuPont, Herbert L., *Rifaximin: a nonabsorbed rifamycin antibiotic for use in nonsystemic gastrointestinal infections*, 3 Expert Rev. Anti Infect. Ther. (2005) ("Gerard") | JTX90 |
| Jancin, Bruce, Single-Center Study Shows Rifaximin Best for Hepatic Encephalopathy, Internal Med. News, 66 (June 1, 2006) ("Jancin") | JTX46 |
| Shah, Vijay H. & Kamath, Patrick, *Management of Portal Hypertension*, Postgraduate Med., vol. 119, num. 3, 14-18 (2006) ("Shah") | JTX136 |
| Williams, R., *Review Article: Bacterial Flora and Pathogenesis in Hepatic Encephalopathy*, Alimentary Pharmacology & Therapeutics, vol. 25, suppl. 1, 17-22 (Feb. 2007) ("Williams 2007") | JTX67 |
| Kane, Sunanda V., *Overcoming Adherence Issues in Ulcerative Colitis*, Gastroenterology & Hepatology, vol. 3, num. 10, 795-799 (Oct. 2007) ("Kane") | JTX134 |

138.    There is no dispute that the references listed below were published or publicly accessible prior to November 7, 2003:

| Reference | Trial Exhibit No. |
|---|---|
| U.S. Patent No. 4,557,866 ("Cannata") | JTX37 |
| U.S. Patent No. 4,341,785 ("Marchi") | JTX48 |

| J.J. Descombe et al., *Pharmacokinetic Study of Rifaximin after Oral Administration in Healthy Volunteers,* 14 Int'l. J. Clinical Pharmacology Rsch. 51 (1994) ("Descombe") | DTX167 |
|---|---|
| F. Rizzello et al., *Rifaximin Systemic Absorption in Patients with Ulcerative Colitis,* 54 Eur. J. Clinical Pharmacology 91 (1998) ("Rizzello") | DTX246 |
| The *Handbook of Pharmaceutical Excipients* (Arthur H. Kibbe ed., 3d ed. 2000) ("Handbook of Pharmaceutical Excipients") | JTX45 |
| *Polymorphism in Pharmaceutical Solids* (Harry G. Brittain ed., 1999) ("Brittain") | JTX34 |
| Stephen Byrn et al., *Pharmaceutical Solids: A Strategic Approach to Regulatory Considerations,* 12 Pharmaceutical Rsch. 945 (1995) ("Byrn 1995") | JTX36 |
| Rajendra K. Khankari & David J.W. Grant, *Pharmaceutical Hydrates,* 248 Thermochimica Acta 61 (1995) ("Grant") | JTX76 |
| Food and Drug Administration's 1987 Guideline For Submitting Supporting Documentation In Drug Applications For the Manufacture of Drug Substances ("1987 FDA Guidance") | DTX315 |