# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD., <br> SALIX PHARMACEUTICALS, INC., <br> BAUSCH HEALTH IRELAND LTD., and <br> ALFASIGMA S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-430-RGA <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT NORWICH PHARMACEUTICALS, INC.'S
MOTION TO MODIFY JUDGMENT PURSUANT TO RULE 60(B)**

Pursuant to Federal Rule of Civil Procedure 60(b), defendant Norwich Pharmaceuticals, Inc. ("Norwich") hereby moves to modify the judgment entered by this Court on August 10, 2022 to limit the injunction blocking the approval of Norwich's Abbreviated New Drug Application. The grounds for this motion are set forth in in Norwich's opening brief in support of the motion, filed concurrently herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

WHEREFORE, Norwich respectfully requests that the Court grant this motion and enter the proposed amended final judgment attached as Exhibit A to the opening brief or enter such other order as the Court sees fit.

OF COUNSEL:
Matthew J. Becker
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landmon
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC  20036
(202) 721-5417

Richardo S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-2000

Dated:  September 7, 2022

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*