IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, <br><br> ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, <br><br> and <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*. | Civil Action No.  23-1611 |

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

Upon consideration of Plaintiff Norwich Pharmaceuticals, Inc.'s Motion for a Preliminary Injunction ("Norwich's Motion") and the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Preliminary Injunction and supporting materials submitted in support thereof,

**IT IS HEREBY ORDERED** that Norwich's Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the June 2, 2023 decision by the United States Food and Drug Administration to grant tentative approval rather than final approval to Norwich's ANDA No. 214369 for rifaximin tablets, 550 mg ("Norwich's ANDA") is arbitrary, capricious, and contrary to law.

2

**IT IS HEREBY ORDERED** that, during the pendency of this action, Defendants Xavier Becerra and Robert M. Califf, M.D., in their official capacities as Secretary of Health and Human Services and Commissioner of Food and Drugs, respectively, and the United States Food and Drug Administration, and Defendants' agents, servants, attorneys and employees (collectively, "FDA"), shall immediately grant final approval to Norwich's ANDA.

Dated: _____, 2023             _____
                                                                              United States District Judge