# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-01611-RDM |

## JOINT STATUS REPORT AND STIPULATED [PROPOSED] SCHEDULING ORDER

Pursuant to the Court's June 8, 2023 Minute Order, the parties, by and through their undersigned counsel, jointly submit this Joint Status Report and Stipulated [Proposed] Scheduling Order. Counsel for the parties participated in telephone conferences on June 8 and 9, 2023 in accordance with the Court's Order. Chad Landmon and Matthew Murphy of Axinn, Veltrop & Harkrider LLP participated on behalf of plaintiff Norwich Pharmaceuticals, Inc. ("Norwich"), Gabriel Schonfeld participated on behalf of the U.S. Department of Justice, and James Allred participated on behalf of the U.S. Food and Drug Administration. Norwich and Defendants have reached agreement on the following points:

1. In order to conserve judicial and party resources, the consideration of Plaintiff's Motion for a Preliminary Injunction (D.I. 4) ("the PI Motion") should be consolidated with a full consideration of the merits under Rule 65(a)(2) of the Federal Rules of Civil Procedure.

2. Dispositive cross-motions will be the most efficient mechanism to resolve this litigation. Norwich requests that the PI Motion be treated as one for summary judgment. Defendants will file a combined (1) opposition to the PI Motion and (2) cross-motion to dismiss or, in the alternative, for summary judgment.

3. The deadline for Defendants to answer or otherwise respond to the Complaint should be suspended pending the Court's resolution of the parties' cross-motions.

4. The parties have agreed to the following proposed schedule:

| Event | Proposed Date |
|---|---|
| Defendants' Combined Opposition to Norwich's PI Motion (now consolidated with the merits and treated as a Summary Judgment Motion) and Cross-Motion to Dismiss or, in the Alternative, For Summary Judgment | July 7, 2023 |
| Defendants to file Certified Index of Administrative Record and serve Administrative Record on counsel for Norwich | July 7, 2023 (LCvR 7(n)(1)) |
| Norwich's Combined Reply in Further Support of the PI Motion (now consolidated with the merits and treated as a Summary Judgment Motion) and Opposition to Defendants' Cross-Motion | July 26, 2023 |
| Defendants to serve on counsel for Norwich designations of any additional record materials that will be cited in their Reply In Further Support of Cross-Motion | August 14, 2023 |
| Defendants' Reply In Further Support of Cross-Motion | August 16, 2023 |
| Norwich to file Joint Appendix of Administrative Record | August 16, 2023 (LCvR 7(n)(2)) |
| Oral Argument | August ___, 2023 |

5. The parties therefore respectfully request the Court enter an order:

   a. Treating the PI Motion as a motion for summary judgment and consolidating it with the merits;

   b. Directing the parties to file and serve briefs and other papers according to the proposed schedule set out above; and

      c.      Suspending Defendants' deadline to answer or otherwise respond to the Complaint pending the Court's resolution of the parties' cross-motions.

**SO ORDERED:**

Date: _____

                                                            Hon. Randolph D. Moss
                                                            United States District Judge

Dated: June 12, 2023                                Respectfully submitted,

/s/*Chad A. Landmon*
Chad A. Landmon (DC Bar No. 990347)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
clandmon@axinn.com

OF COUNSEL:
Matthew S. Murphy (*pro hac vice* forthcoming)
Aaron Z. Savit (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
mmurphy@axinn.com
asavit@axinn.com

Ross E. Blau (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
114 W. 47th Street
New York, NY 10036
T: (212) 728-2200
rblau@axinn.com

Gabriella McIntyre (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 721-5417
gmcintyre@axinn.com

*Attorneys for Plaintiff Norwich Pharmaceuticals, Inc.*

/s/ *Gabriel I. Schonfeld*
Gabriel I. Schonfeld (DC Bar No. 15539)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
PO Box 386
Washington, DC 20044-0386
(202) 353-1531
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov

*Attorney for Defendants Xavier Becerra, Robert M. Califf, and U.S. Food and Drug Administration*

5

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that on June 12, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served upon counsel of record via the Court's CM/ECF system. The foregoing document was also caused to be served upon the following individuals by electronic mail:

Gabriel I. Schonfeld (DC Bar No. 15539)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
PO Box 386
Washington, DC 20044-0386
(202) 353-1531
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov

*Attorney for Defendants Xavier Becerra, Robert M. Califf, and U.S. Food and Drug Administration*

/s/*Chad A. Landmon*

Chad A. Landmon (DC Bar No. 990347)
*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*