AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Norwich Pharmaceuticals, Inc., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01611-RDM |
| Xavier Becerra, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Xavier Becerra; Robert M. Califf, M.D.; and U.S. Food and Drug Administration                            .

Date:   06/12/2023

/s/ Gabriel Schonfeld
*Attorney's signature*

Gabriel Schonfeld (DC Bar #15539)
*Printed name and bar number*

Consumer Protection Branch, Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC 20044
*Address*

gabriel.i.schonfeld@usdoj.gov
*E-mail address*

(202) 353-1531
*Telephone number*

(202) 514-8742
*FAX number*