IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC. <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, <br><br> ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs, <br><br> and <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 23-1611 |

### PUTATIVE INTERVENOR SALIX PHARMACEUTICALS, INC.'S MOTION TO INTERVENE

Salix Pharmaceuticals, Inc. ("Salix") respectfully moves to intervene as a defendant in this action as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, permissively under Federal Rule of Civil Procedure 24(b)(1)(B). As required by Federal Rule of Civil Procedure 24(c), Salix submits herewith the accompanying Memorandum of Points and Authorities in Support of this Motion, which states the grounds for intervention, and a copy of the pleading that sets out the claim for which intervention is sought.

Pursuant to Local Civil Rule 7(m), Salix has contacted counsel for Norwich Pharmaceuticals Inc. ("Norwich") and the U.S. Food and Drug Administration, the Secretary of Health and Human Services in his official capacity, and the Commissioner of Food and Drugs

1

(collectively, the "Federal Defendants") regarding this motion. The Federal Defendants state that they consent to Salix's motion, and Norwich has not confirmed whether it opposes the motion.

Dated:  June 12, 2023                                     Respectfully submitted,

/s/ David B. Salmons
David B. Salmons
Douglas A. Hastings
Amanda L. Salz
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.salmons@morganlewis.com
douglas.hastings@morganlewis.com
amanda.salz@morganlewis.com

Michael J. Abernathy (*pro hac vice* forthcoming)
Wan-Shon Lo (*pro hac vice* forthcoming)
Karon N. Fowler (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
T: (312) 324-1000
mike.abernathy@morganlewis.com
shon.lo@morganlewis.com
karon.fowler@morganlewis.com

William R. Peterson (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002-5006
T: (713) 890-5000
william.peterson@morganlewis.com

*Counsel for Putative Intervenor*