IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs,<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 23-1611 |

## [PROPOSED] ORDER

UPON CONSIDERATION of Putative Intervenor Salix Pharmaceuticals, Inc.'s Motion to Intervene, the Motion is **GRANTED**.

It is hereby **ORDERED** that Salix Pharmaceuticals, Inc. is permitted to intervene as a defendant in this action.

SIGNED this ____ day of _____, 2023      _____
UNITED STATES DISTRICT JUDGE
RANDOLPH D. MOSS

## **LOCAL CIVIL RULE 7(k) — PERSONS TO BE SERVED**

Chad A Landmon
AXINN, VELTROP & HARKRIDER LLP
Connecticut
90 State House Square
Hartford, CT 06103
T: (860) 275-8170
F: (860) 275-8101
clandmon@axinn.com

Matthew S. Murphy
Aaron Z. Savit
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
mmurphy@axinn.com
asavit@axinn.com

Ross E. Blau
AXINN, VELTROP & HARKRIDER LLP
114 W. 47th Street
New York, NY 10036
T: (212) 728-2200
rblau@axinn.com

Gabriella McIntyre
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
T: (202) 721-5417
gmcintyre@axinn.com

Gabriel Schonfeld
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
450 5th Street NW
Washington, DC 20530
T: (202) 531-1531
F: (202) 514-8742
Email: gabriel.i.schonfeld@usdoj.gov

David B. Salmons
Douglas A. Hastings
Amanda L. Salz
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.salmons@morganlewis.com
douglas.hastings@morganlewis.com
amanda.salz@morganlewis.com

Michael J. Abernathy
Wan-Shon Lo
Karon N. Fowler
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
T: (312) 324-1000
mike.abernathy@morganlewis.com
shon.lo@morganlewis.com
karon.fowler@morganlewis.com

William R. Peterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002-5006
T: (713) 890-5000
william.peterson@morganlewis.com