IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-01611-RDM |

**PLAINTIFF NORWICH PHARMACEUTICALS, INC.'S RESPONSE
TO SALIX PHARMACEUTICALS, INC.'S MOTION TO INTERVENE**

Plaintiff Norwich Pharmaceuticals, Inc. ("Norwich"), by and through counsel, respectfully submits this Response to Salix Pharmaceuticals, Inc.'s ("Salix's") Motion to Intervene (ECF No. 12). Although Norwich disagrees with many of the positions and characterizations set forth in the Memorandum of Points and Authorities in Support of Salix's Motion to Intervene (ECF No. 12-1), Norwich does not oppose Salix's Motion to Intervene given Salix's representation that it will abide by the schedule agreed to between Norwich and the federal defendants.

Dated: June 13, 2023

Respectfully submitted,

/s/*Chad A. Landmon*

Chad A. Landmon (DC Bar No. 990347)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
clandmon@axinn.com

*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*

OF COUNSEL:
Matthew S. Murphy (*pro hac vice* pending)
Aaron Z. Savit (*pro hac vice* pending)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
mmurphy@axinn.com
asavit@axinn.com

Ross E. Blau (*pro hac vice* pending)
AXINN, VELTROP & HARKRIDER LLP
114 W. 47th Street
New York, NY 10036
T: (212) 728-2200
rblau@axinn.com

Gabriella McIntyre (*pro hac vice* pending)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 721-5417
gmcintyre@axinn.com

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that on June 13, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served upon counsel of record via the Court's CM/ECF system.

/s/ *Chad A. Landmon*
Chad A. Landmon
*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*