UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants, <br><br> and, <br><br> SALIX PHARMACEUTICALS, INC., <br><br> Intervenor-Defendant. | No. 1:23-cv-01611-RDM |

**Federal Defendants' Cross-Motion for Summary Judgment**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Xavier Becerra, Robert M. Califf, and the U.S. Food and Drug Administration respectfully move this Court for summary judgment. The grounds for this motion are fully set forth in an accompanying memorandum.

July 7, 2023

Respectfully submitted,

/s/ Gabriel I. Schonfeld
GABRIEL I. SCHONFELD
(D.C. Bar. No. 155539)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice

PO Box 386
Washington, DC 20044-0386
(202) 353-1531
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov