UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants, <br><br> and, <br><br> SALIX PHARMACEUTICALS, INC., <br><br> Intervenor-Defendant. | No. 1:23-cv-01611-RDM |

**[Proposed] Order Granting Federal Defendants' Cross-Motion for Summary Judgment and Denying Plaintiff's Motion for a Preliminary Injunction and for Summary Judgment**

Before the Court are Plaintiff's Motion for a Preliminary Injunction, which has been consolidated with the merits and treated as a motion for summary judgment; and the Federal Defendants' Cross-Motion for Summary Judgment. Having considered the parties' arguments in light of the governing law, it is hereby ORDERED that the Federal Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiff's Motion for a Preliminary Injunction and for Summary Judgment is DENIED.

1

The Clerk shall enter judgment on behalf of the Federal Defendants and close the case.

SO ORDERED.

Dated: _____                    _____
                                            Hon. Randolph D. Moss
                                            United States District Judge

**Attorneys Entitled to Notice of Entry of This [Proposed] Order**

Aaron Savit
AXINN, VELTROP & HARKRIDER LLP
90 State House Square 9th Floor
Hartford, CT 06103
734-548-2397
asavit@axinn.com

Gabriella McIntyre
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
202-469-3508
gmcintyre@axinn.com

Matthew S. Murphy
AXINN, VELTROP & HARKRIDER LLP
90 State House Square 9th Floor
Hartford, CT 06103
860-275-8146
mmurphy@axinn.com

Ross Ericson Blau
AXINN, VELTROP & HARKRIDER, LLP
114 W. 47th St
New York, NY 10036
914-815-1241
rblau@axinn.com

Chad A. Landmon
AXINN, VELTROP & HARKRIDER LLP
Connecticut 90 State House Square
Hartford, CT 06103
860-275-8170
clandmon@axinn.com

Gabriel Schonfeld
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
450 5th Street NW
Washington, DC 20530
202-353-1531
gabriel.i.schonfeld@usdoj.gov

David B. Salmons
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-3000
david.salmons@morganlewis.com

Amanda Leigh Salz
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
714-330-4637
amanda.salz@morganlewis.com

Karon Nicole Fowler
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive Suite 2800
Chicago, IL 60606-1511
312-324-1142
karon.fowler@morganlewis.com

Michael Abernathy
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive Suite 2800
Chicago, IL 60606
312-324-1447
mike.abernathy@morganlewis.com

Wan-Shon Lo
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
312-324-1000
shon.lo@morganlewis.com

William R. Peterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street Suite 4000
Houston, TX 77002-5005
713-890-5000
william.peterson@morganlewis.com