IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORWICH PHARMACEUTICALS, INC.

    *Plaintiff*,

  v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.

    *Defendants*.

Civil Action No. 23-1611-RDM

**INTERVENOR SALIX PHARMACEUTICALS, INC.'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Pursuant to this Court's request at the hearing on October 6, Intervenor Salix Pharmaceuticals, Inc. provides the attached copy of the stipulation regarding claims of unasserted patents.

This stipulation was carefully negotiated, and it applies only to "Norwich's current ANDA No. 214369" and "any amendments or supplements to the ANDA that do not change the indications of use." *Salix Pharmaceuticals, Ltd. v. Norwich Pharmaceuticals, Inc.*, No. 1:20-cv-00430, Dkt. 180 at 2 n.1 (D. Del. May 12, 2022) (emphasis added).

Because the amendment changes the indications of use, the stipulation no longer applies to Norwich's Amended ANDA. If Judge Andrews had modified the judgment to allow approval of Norwich's Amended ANDA (as Norwich requested), it would have been appropriate also to vacate the stipulated judgment of noninfringement to allow Salix to assert these claims against ANDA No. 214369 in that proceeding. *See id.*, Dkt. 213 at 16 (noting that Norwich's amendment "render[ed] the Stipulation and Order inapplicable").

1

If Norwich were to lose on its cross-appeal and file a new ANDA seeking approval of rifaximin, not only would Salix be entitled to assert these claims, but Salix would also assert claims from any additional patents that have issued since the Delaware judgment.  These patents include U.S. Patent No. 11,564,912, which issued January 31, 2023, and claims methods of treating IBS-D.  On April 28, Norwich issued a new Notice of Paragraph IV Certification to Salix regarding this patent under ANDA 214369.

Finally, in any new litigation, thirty months would be the maximum length of a stay.  Any stay also would terminate on the date that a court entered judgment reflecting a decision that the patent is invalid or not infringed and could also be shortened if a party fails to reasonably cooperate in expediting the action.  21 U.S.C. § 355(c)(3)(C)(i).

If the Delaware judgment truly resolved any claims against a new ANDA filed by Norwich, then one would expect a swift decision in any new suit.

Dated:  October 10, 2023

Respectfully submitted,

/s/ David B. Salmons
David B. Salmons
Douglas A. Hastings
Amanda L. Salz
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.salmons@morganlewis.com
douglas.hastings@morganlewis.com
amanda.salz@morganlewis.com

Michael J. Abernathy (*pro hac vice*)
Wan-Shon Lo (*pro hac vice*)
Karon N. Fowler (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800

Chicago, IL 60606-1511
T: (312) 324-1000
mike.abernathy@morganlewis.com
shon.lo@morganlewis.com
karon.fowler@morganlewis.com

William R. Peterson (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
T: (713) 890-5000
william.peterson@morganlewis.com

*Counsel for Intervenor Salix Pharmaceuticals, Inc.*