IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.<br><br>*Defendants*,<br>and<br><br>SALIX PHARMACEUTICALS, INC.,<br><br>*Intervenor-Defendant*. | Civil Action No. 1:23-cv-01611-RDM |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Gabriella McIntyre of Axinn, Veltrop & Harkrider LLP as counsel for Plaintiff Norwich Pharmaceuticals, Inc. is hereby withdrawn. Pursuant to Local Civil Rule 83.6, Norwich Pharmaceuticals, Inc. will continue to be represented by Axinn, Veltrop & Harkrider LLP.

Dated: October 13, 2023                    Respectfully submitted,

/s/*Gabriella McIntyre*

Gabriella McIntyre (DC Bar No. 1672424)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5417
gmcintyre@axinn.com

*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*

/s/*Andrea Sweet*

Andrea Sweet
Chief Legal Officer

*Authorized Representative for Plaintiff Norwich Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that on October 13, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served upon counsel of record via the Court's CM/ECF system.

/s/*Gabriella McIntyre*
Gabriella McIntyre
*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*